Opinion issued March 27, 2003 






 









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-03-00246-CV

____________


IN RE ELAINE E. MAXIE, Relator







Original Proceeding on Petition for Writ of Mandamus





 

MEMORANDUM OPINION

 Relator, Elaine E. Maxie, filed a petition for writ of mandamus, complaining
that the Texas Board of Pardons and Paroles revoked her parole after a hearing that
violated her constitutional right to due process of law. She requests that we set aside
the board's decision and grant her a new parole hearing, or order her immediate
release.

 This Court has no mandamus jurisdiction over the Texas Board of Pardons
and Paroles. See Tex. Gov't Code Ann. § 22.221 (Vernon Supp. 2003).

 Accordingly, the petition for writ of mandamus is denied.PER CURIAM

Panel consists of Justices Taft, Keyes, and Higley.

Do not publish. Tex. R. App. P. 47.2(b).